ban against Basile D. Dugundji. From a judgment for defendant, plaintiff appeals. Reversed, and new trial ordered. Charles W. Gould, for appellant.

GIEGERICH, J. The plaintiff brought this action upon a promissory note, made by the defendant and payable to the order of the plaintiff. The answer admitted the making and delivery of the note, but denied that it was given for value, and set up the defense that it was given solely for the accommodation of the plaintiff, and that the defendant received no value for it. Upon the trial the defendant made no claim that the note in suit was made for the accommodation of the plaintiff, or that it was not given for value. The testimony given on the part of the defendant is uncertain, and it is somewhat difficult to ascertain just what the defense is; but it appears that the defendant at one time after the note in suit was given made a note payable to the order of one Alatary, who seems to have been in some way connected in business with the plaintiff, that this note was for the accommodation of either the plaintiff or Alatary, and was paid by the defendant when due, and that, when given, the plaintiff agreed to take care of it, or to pay it. Payment of the note in suit was not set up, nor was the accommodation note or its payment by defendant set up as a counterclaim. Under the present state of the pleadings and the evidence given, the defendant was not entitled to a judgment, and it must be reversed. Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.

BALLARD, Respondent, v. VILLAGE OF HAMBURG, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Ada L. Ballard against the Village of Hamburg. No opinion. Defendant's motion for leave to appeal to Court of Appeals denied, without costs. For former opinion, see 143 App. Div. 719, 128 N. Y. Supp. 325.

BALLARD, Respondent, v. VILLAGE OF HAMBURG, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Ada L. Ballard against the Village of Hamburg. No opinion. Plaintiff's motion to amend decision denied, without costs. For former opinion, see 143 App. Div. 719, 128 N. Y. Supp. 325.

BARBER v. DAVIDSON. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by Clarence L. Barber against Edward V. Davidson. No opinion. Motion denied, with $10 costs. Order filed. See, also, 131 N. Y. Supp. 1103.

BARRY v. THE PLAYERS. (Supreme Court, Appellate Division, First Department. January 12, 1912.) In the matter of Richard Barry against The Players. No opinion. Motion granted. Settle order on notice. See, also, 132 N. Y. Supp. 59.

132 N.Y.S.—71

BAUM, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Hyman Baum against the Long Island Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BAUMAN, Appellant, v. EDELMUTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 28, 1911.) Action by Margaret Bauman, as administratrix, etc., of Michael J. Ryan, deceased, against Malie Edelmuth and others. No opinion. Judgment affirmed, with costs.

BEDFORD AUTO EXCHANGE, Appellant, v. MOHR, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by the Bedford Auto Exchange against Henry Mohr. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

BEINHAUER, Appellant, v. MORRIS, Respondent. (Supreme Court, Appellate Division, First Department. January 19, 1912.) Action by Alfred Beinhauer against Frederick J. Morris. M. Hopkins, for appellant. E. L. Kalish, for respondent. No opinion. Judgment affirmed, with costs, on opinion on former appeal. 142 App. Div. 398, 126 N. Y. Supp. 511. Order filed.

BEIRNE, Respondent, v. RAVITCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Thomas Beirne against Joseph Ravitch and others. No opinion. Judgment and order unanimously affirmed, with costs.

BENNETT, Respondent, v. SUTHERLAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Grace Bennett against George W. Sutherland, as executor, etc. No opinion. Judgment affirmed, with costs.

BENTON, Appellant, v. BENTON, Respondent. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Alette T. Benton against Frederick L. Benton. J. H. Hazelton, for appellant. J. H. Corwin, for respondent. No opinion. Judgment affirmed, and appeal from order dismissed. Order filed. See, also, 131 N. Y. Supp. 1103.

BENTON, Appellant, v. BENTON, Respondent. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Alette T. Benton against Frederick L. Benton. J. H. Hazelton, for appellant. J. H. Corwin, for respondent. No opinion. Order modified, by striking out allowance of alimony, and, as modified, affirmed, without costs. Settle order on notice. See, also, 131 N. Y. Supp. 1103.